## WARRANT FOR ARREST

CO-180 (Rev. 3/93)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**CARLOS CONTRERAS-MACEDAS** | DOCKET NO: 05-348 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Carlos Contreras-Macedas | |
| DOB: June 5, 1972    PDID: | | |
| WARRANT ISSUED ON THE    Indictment | DISTRICT OF ARREST | FILED<br>SEP 29 2005<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| TO:    ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

(Unlawful Reentry of a Removed Alien)

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br>8 U.S.C. § 1326(a) | |
|---|---|---|
| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
| ORDERED BY:<br>**MAGISTRATE JUDGE FACCIOLA** | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED:<br>**September 15, 2005** |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>9/15/05 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>9·15·05 | NAME AND TITLE OF ARRESTING OFFICER<br>SEAN McLEOD  SDUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>9·29·05 | | |