IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA : CRIMINAL NO.: 05-348 (RWR)
 :
v. :
 :
CARLOS CONTRERAS-MACEDAS, :
 :
 :
Defendant. :
 :

FILED

NOV 1 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## FACTUAL PROFFER
## IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial. The facts presented below show, beyond a reasonable doubt, that on or about August 2, 2005, CARLOS CONTRERAS-MACEDAS (the "defendant"), was present in the United States in violation of federal law.

The defendant was arrested in the District of Columbia on November 17, 2004, and agents of U.S. Immigration and Customs ("ICE") enforcement determined that he was a citizen and national of Mexico, who was present in the United States illegally. On December 17, 2004, an Immigration Judge signed an "Order Granting Stipulated Removal," and the defendant was removed from the U.S. and returned to Mexico, on January 11, 2005. At the time of his removal, the defendant was informed that he could

not return to the U.S. without permission of the Attorney General. Nevertheless, the defendant subsequently returned to the District of Columbia, without permission to do so.

On August 2, 2005, ICE agents went to 4910 Kansas Ave., NW, Washington, D.C., where they found the defendant. The defendant had not obtained the Attorney General's permission to return, and, accordingly, he was present in the U.S., after removal, in violation of federal law.

          Respectfully submitted,

          KENNETH L. WAINSTEIN
          United States Attorney
          Bar No. #451058

By: _____
          FREDERICK W. YETTE
          Assistant United States Attorney
          D.C. Bar No. #385391
          Federal Major Crimes Section
          555 4th Street, N.W.
          Washington, D.C. 20530
          (202) 353-1666
          Frederick.Yette@usdoj.gov

### Defendant's Acceptance of Factual Proffer

I have ~~read~~ had this Factual Proffer in Support of Guilty Plea read and translated to me, and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

_Nov. 16, 2005_  _____
Date                          Carlos Contreras-Macedas

### Defense Counsel's Acknowledgment

I am Carlos Contreras-Macedas's attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him. It accurately and completely sets forth the Factual Proffer agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

_Nov. 16, 2005_  _____
Date                          Diane Lepley, Esq.