THE HONORABLE RICHARD W. ROBERTS, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA: Docket No.: <u>04-536-07</u>

:

vs.:

:

**Carlos Contreras-Macedas**   **Disclosure Date:** December 21, 2005

<u>RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT</u>

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSI) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_Frederick Yette_  _1/3/06_
Assistant U.S. Attorney     Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _____
**Defendant       Date**              **Defense Counsel     Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **JANUARY 4, 2006**, to U.S. Probation Officer **Elizabeth Suarez**, telephone number **(202) 565-1341**, fax number **(202) 273-0242**.

Pursuant to Rule 32(f)(2), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

### FOR THE COURT

**By:** Richard A. Houck, Jr.
Chief United States Probation Officer

### Receipt and Acknowledgment

Para 28: The two brothers who are also incarcerated are Jose Luis Contreras-Macedas, DOB 9/16/80 and Josue Contreras-Macedas, DOB 12/19/83.

Note the spelling

Signed By: Frederick Yette
(Defense Counsel)/AUSA

Date: 1/3/06