THE HONORABLE RICHARD W. ROBERTS, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA: Docket No.: <u>04-536-07</u>

:

vs.:

:

Carlos Contreras-Macedas        Disclosure Date: December 21, 2005

<u>RECEIPT AND ACKNOWLEDGMENT OF</u>
<u>PRESENTENCE INVESTIGATION REPORT</u>

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSI) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
      Assistant U.S. Attorney                              Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

( ✓ ) There are no material/factual inaccuracies therein. *There are only minor factual changes. Please see letter*
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____ *1-26-06*          _____ *1/12/06*
Defendant          Date                                      Defense Counsel      Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **JANUARY 4, 2006**, to U.S. Probation Officer **Elizabeth Suarez**, telephone number **(202) 565-1341**, fax number **(202) 273-0242**.

Pursuant to Rule 32(f)(2), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**    Richard A. Houck, Jr.
          Chief United States Probation Officer

**Receipt and Acknowledgment**

Signed By:    _____
                   (Defense Counsel/AUSA)

Date:         _____